UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ROBERT C. POTTS, and | ) | Case No. 06-20255-659 |
| BRENDA POTTS, | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| DAVID A. SOSNE, Chapter 7 Trustee | ) | **Adversary No. 07-2007-659** |
| | ) | |
| | ) | PUBLISHED |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| DIXIE MARKETING AND PLAYGROUND | ) | |
| EQUIPMENT, INC., ET. AL., | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

On consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Trustee's Motion for Summary Judgment is GRANTED as to Counts I, III, and IV; and the judgment on this Complaint is entered in favor of David A Sosne, Chapter 7 Trustee, Plaintiff, and against Dixie Marketing and Playground Equipment, Inc., Defendant, as to Counts I, III and IV of the Complaint; and the judgment is entered under Count I declaring that Dixie Marketing and Playground Equipment, Inc. did not possess an ownership interest or a security interest in the Equipment on the Petition Date; and the judgment is entered under Count III avoiding the transfer of the Equipment to Dixie by Debtor pursuant to 11 U.S.C. § 547 as a preferential transfer; and the judgment is entered in favor of David A. Sosne, Chapter 7 Trustee and against

Dixie Marketing and Playground Equipment, Inc. under Count IV in the amount of $2,925.00; and that this is a final judgment and order of the Bankruptcy Court in this case.

_____
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: September 22, 2008
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Brian James LaFlamme
Summers, Compton, Wells & Hamburg
8909 Ladue Road
St. Louis, MO 63124

Alice Pipkin
d/b/a Building Blocks Preschool & Child
11416 Hwy 61
Hannibal, MO 63401

David A. Sosne
8909 Ladue Rd.
St. Louis, MO 63124

Dixie Marketing and Playground Equipment, Inc.
P.O. Box 634
Hartselle, AL 35640

Judy Williamson
d/b/a Building Blocks Preschool & Child
11416 Hwy 61
Hannibal, MO 63401